IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| HUSEBY LLC,<br><br>               Plaintiff,<br><br>v.<br><br>LEE BAILEY, BRANDON LEGAL TECH LLC, BRANDON LEGAL GROUP LLC and JOHN BRANDON,<br><br>               Defendants. | Civil Action No.: 3:19-CV-00690-RJC-DSC<br><br>**ORDER** |

**THIS MATTER** is before the Court on the "Joint Motion to Transfer Venue and Stay Litigation Pending Transfer" (Doc #8). The parties have consulted and consented to the transfer and to a brief stay. It appears that good cause has been shown and the Motion will be granted.

**IT IS THEREFORE ORDERED** that the "Joint Motion to Transfer Venue and Stay Litigation Pending Transfer" (Doc #8) is **GRANTED** and the Clerk is directed to transfer this case to the United States District Court for the District of Connecticut.

**IT IS FURTHER ORDERED** that this action is hereby **STAYED** for thirty days from the date of this Order.

**SO ORDERED.**

Signed: February 4, 2020

David S. Cayer
United States Magistrate Judge

1